UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER



FILED
APR 21 2017
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 4:17-cr- 09 |
| | ) JUDGES CLC/SKL |
| MARK C. BRYANT | ) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that, in or about October 2016, in the Eastern District of Tennessee, the defendant, MARK C. BRYANT, did unlawfully and knowingly possess any visual depiction of a minor engaging in sexually explicit conduct that had been transported in and affecting interstate commerce and that was produced using any materials which had been mailed and shipped and transported in interstate and foreign commerce, that is, images depicting minor children engaging in sexually explicit conduct including but not limited to the lascivious exhibition of the genitals and pubic area.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant, MARK C. BRYANT, shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed,

shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense[s]; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense[s].

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

NANCY STALLARD HARR
UNITED STATES ATTORNEY

By: _____
JAMES T. BROOKS
Assistant United States Attorney

# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Defendant Name: <u>Mark C. Bryant</u>

Place of Offense (City & County): <u>Winchester, Franklin, County, Tennessee</u>

**FILED**
APR 21 2017
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Juvenile: Yes ___ No <u>X</u>   Matter to be Sealed: Yes ___ No <u>X</u>

Interpreter: No <u>X</u>  Yes ___  Language: _____

Total # of Counts: ___ Petty  ___ Misdemeanor (Class __)  <u>1</u> Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) | 1 |
| | | |
| | | |

*(Use tab key after entering counts to create additional rows)*

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____  before Judge _____

Criminal Complaint Filed: No <u>x</u>  Yes ___  Case No. _____

Defendant on Supervised Release: Yes ___  No <u>x</u>

Violation Warrant Issued?  No <u>X</u>  Yes ___  Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case: No __ Yes ___ Case No. _____

New Separate Case _____  Supersedes Pending Case _____

Name of defendant's attorney:  <u>Robert T. Carter</u>

Retained: <u>x</u>     Appointed: _____

Date: <u>4/21/2017</u>     Signature of AUSA: _____