# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Defendant Name: <u>Mark C. Bryant</u>

Place of Offense (City & County): <u>Winchester, Franklin, County, Tennessee</u>

**FILED**

Juvenile: Yes ____ No __X__    Matter to be Sealed: Yes ____ No __X__

APR 21 2017

Interpreter: No __X__ Yes ____    Language: _____

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___ ) __1__ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) | 1 |
| | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old<br>Count #<br>( if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No __x__ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No __x__

Violation Warrant Issued? No __X__ Yes ____ Case No. _____

Related Case(s):

_____

| Case Number | Defendant's attorney | How related |
|---|---|---|

_____

| Case Number | Defendant's attorney | How related |
|---|---|---|

## Criminal Informations:

Pending criminal case: No ___ Yes ___ Case No. _____

New Separate Case _____     Supersedes Pending Case _____

Name of defendant's attorney: _____ Robert T. Carter _____

Retained: __x__     Appointed: _____

Date: __4/21/2017_____ Signature of AUSA: _____