U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- ☐ REARRAIGNMENT
- ☑ WAIVER OF INDICTMENT/PLEA

Case No. 4:17-cr-00009-CLC-SKL-1   USA v. Mark C Bryant

**PRESENT:** Honorable Curtis L. Collier   ☑ U.S. District Judge   ☐ U.S. Magistrate Judge

Steve Neff — Assistant U.S. Attorney
Robert T Carter — Attorney for Defendant
_____ — Probation Officer

Barbara Lewis — Courtroom Deputy
Elizabeth Coffey — Court Reporter
_____ — Interpreter(s)   ☐ SWORN

**PROCEEDINGS:** DEFENDANT(S)   ☑ SWORN

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☑ Defendant(s) specifically advised of rights
- ☐ Waiver executed
- ☐ Deft waived reading of indictment/information
- ☑ Indictment ☐ Information read
- ☑ Defendant pleads guilty to Count(s) One of the Information
- ☑ Court finds deft competent to plead; plea voluntary
- ☑ Guilty plea accepted by Court; deft adjudged guilty
- ☐ Plea Agreement filed - - - - -   Agreement: ☐ sealed ☐ not sealed

**BOND:** ☐ Deft. referred to Magistrate for bond to be set

Court ordered deft(s) released on _____ bond with standard conditions (see order setting conditions of release)

Govt. motion for detention without bond: ☐ granted ☐ denied ☐ Detention hearing set (see above)

☐ Defendant ineligible for release on bond: _____

**SENTENCING:** 12/6/2017 @ 2:00 pm

**OTHER MATTERS:**

(Factual Basis filed)
Defendant is to report to Judge Lee for a bond hearing, right after this hearing.

Deft ☐ remanded to custody of U.S. Marshal ☐ remained in custody ☐ remained on bond

Time: 3:55 to 4:25   Date: 8/9/2017

rev 3/10