I am an attorney licensed to practice before the courts in Kansas. I have been practicing law for the past 35 years. I have prosecuted and defended hundreds of cases and clients. After law school, I served on active duty with the United States Air Force for 20 years. In the past 15 years, I was briefly in the private sector, and then I served as the Chief Public Defender for six counties in Kansas for 10+ years and tried many jury trials. I currently represent Soldiers who are undergoing separation/retirement from the United States Army for physical and medical reasons, most of whom have performed multiple combat deployments.

My views are my personal and professional views and not those of any of my past or current employers.

I know Mr. Mark Bryant. We met when both of us were assigned to Langley AFB, Virginia (approximately 1993 – 1996) and became friends through our then-young daughters. I knew him as a friend and professional Air Force colleague. Our families vacationed together, and after both of us were reassigned, he to Colorado and I to Kansas (approximately 1996 – 1999), our families still managed to see each other.

I am aware of some of the specifics regarding Mark and the underlying reason for this correspondence. I know the general nature of the charges, the period of time encompassed, an approximate number of images, and his current custody status. I was troubled and disappointed to learn about the pending prosecution of Mark; the nature of the charges are not something that can be condoned or viewed lightly and I understand that he is about to be sentenced in January 2018.

I will, though, attest to his character and integrity when we first met, became friends and frequently socialized with him and his family. Not once did I ever witness, see, observe or find anything to suggest that his character and integrity were anything other than beyond reproach. If I had, it would not have been condoned or gone unreported given my position at the time in the Air Force. I don't even know that Mark would have known that and therefore would have been cautious around me. I trusted him around my children because I had no reason to do otherwise. That's the Mark I knew.

As I knew him, he was a consummate professional; a kind soul; and caring family man, he was the best of friends. I don't know that there is any text book answer to why he is responsible for the images on his computer, perhaps it is an unknown; yet, it should not have happened. Still, I believe that Mark is someone who has demonstrated in the past that he is responsible and disciplined; I believe that if his past conduct around me is any indicator, it seems extremely likely that he will meet and exceed any of the terms and conditions the court imposes on him to hold him accountable.

As such, I would offer my personal and professional recommendation that a lesser sentence be imposed under the guidelines; I <u>trust</u> that Mark will return to the roots I observed and will always comply with any court-imposed requirements.

I believe that you will find that he will be a dedicated and proven a model citizen henceforth, akin to the person I knew in the Air Force.

Sincerely
*[signature]* 20 Nov 17
Larry T. McRell
lsmcrell@outlook.com
785.341.3139

Mark Bryant is my father and I have known him my whole life. I know him the same way any adult child who grew up loving their parent. As a child I knew him as flawless and perfect and could solve any problem. As a teenager, I knew him as a guy who enforced stupid rules, but who always attended my games and concerts and loved us all. As an adult I know him to be a person who cares for his family and is willing to help people. I am able to recognize the love that he has given and continues to give and the way that he truly cares about me, my siblings, and my children. So, while he may no longer be the only source I approach for financial issues, car issues, or repair issues, he is still the father and grandfather who cares about us deeply.

My dad is a quiet guy, but whenever he visits our house, silently work gets done around the house. He helped put together a very work intensive swingset for my children in 90 degree heat and humidity. When the drain at my house wasn't working, he removed it, cleaned it out, and proudly declared that he was able to fix the problem for the low cost of $0. He disappears in the mornings before anybody else is awake and returns with breakfast or hardware to fix minor issues around the house. My dad's way of sharing his love is by taking care of any issue he sees. He has fixed so many things that I probably don't even know about some of them, but I am happy that they work well. It isn't just family that my dad treats with love and care. Often acquaintances of my mom will mention something to her about how their computer is acting strange and my dad will patiently assess the problem and fix it, sometimes for people he has never even met. As a child, I was convinced that he could fix anything. Now, I know that is not exactly true, but it isn't far off. He definitely tends to show his love for others by helping them fix things.

Despite his love for fixing things, he will always spare a moment for his grandchildren. He shows so much patience and kindness with them that it is truly amazing to watch. Even if he is trying to get something done, if my son comes up to him and starts asking him a million questions or telling the most rambling story you have ever heard, he will pause what he is doing and listen calmly or attempt to answer the questions. You can see the absolute pride he has in his grandchildren. He, like most loving grandparents, will tell stories of his grandchildren to anybody who will listen. I remember him proudly proclaiming his love for my son while we were at a family gathering. He told an uncle of mine that he just had to meet my son because he was so amazing. I was instantly impressed by the extreme pride and love he has for my children.

I know that my dad has character because he has instilled that character in his children. My siblings and I learned about the importance of hard work and problem solving and persistence and honesty from watching my dad. I have a PhD in mathematics because of the skills he taught me. Without his modeling of behavior, I cannot be sure that I would have been able to succeed in school as I have. He

encouraged us to be honest with ourselves and others and modeled this behavior by being honest with us. I also learned the value of respecting the knowledge and abilities of others. When I was growing up, he would regularly help me with school work, while encouraging me to provide my input. When I had trouble with chemistry or math, he would encourage me and patiently work with me until I understood. Even though his knowledge base was much higher, he was always willing to share and encourage my siblings and me.

    I have known my dad my entire life. I love him as a father, a grandfather to my children, and a friend. I trust him to take care of me and my family and am proud of his character and the family he and my mom have created together. He will always be there for us and for anyone he knows that needs help. I am proud to have him in my life.

Raena King

November 28, 2017

To Whom It May Concern;

Mark Bryant of Tullahoma and Estill Springs, TN, is my brother. I have known him all of his 66 years of life. I consider him to be a person of character, integrity, and honesty. He is a hard-working, patient, thoughtful, caring, very intelligent man. He dearly loves and treasures his family above all else – his wife, his children, and his grandchildren.

He served our country for over 20 years in the Air Force, and rose to the rank of Lt. Col., carrying much responsibility, leadership, trust, and respect. My husband and I attended both Mark's Lt. Col. promotion ceremony and his retirement ceremony, and were very happy for him and proud of his accomplishments. Mark's last post in the Air Force was in Montgomery, AL, about four hours from their home in Tullahoma, where his children were attending an excellent public high school. Rather than uproot his family where he felt they were best situated, Mark moved to Montgomery without his family, and drove back to TN every weekend to be with them. I think this arrangement continued for about three years.

Before his Air Force career, Mark was a high school science teacher in the area where we grew up on a family dairy farm with extended family nearby. I remember one of our younger cousins telling me about Mark working to reconcile her and her dad. Father and daughter were both stubborn, had a serious disagreement, and hadn't spoken in about two years. Mark was friendly with both of them, listened to their individual accounts of the problem, and encouraged both to reconsider their thoughts and actions, and was able to arrange for them to meet and talk it over. They reconciled, due to Mark's caring and intervention. She recently commented that, if not for Mark's actions, she and her dad may never have reconciled before his death a few years ago.

During his children's school years, Mark was supportive of their many activities. I believe when his daughters became involved in youth soccer and he learned that officials were needed, he studied the

1

rules and became a volunteer soccer official. Mark and his family were also very involved in their church and activities there. When we visited Mark and attended church services with him and his family, he seemed to be held in high regard by other members of the congregation and the ministers.

I've always considered Mark to be an upstanding citizen, and a role model as a husband, father, and grandfather.

Sincerely,

Carol Roffe